IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT P. KIDD,

    Petitioner,

    v.                                                      Case No. 20-cv-1133-jdp

RANDALL HEPP,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Robert P. Kidd's petition for writ of habeas corpus.

/s/                                             5/18/2021
Peter Oppeneer, Clerk of Court                Date